DOC #_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ISAIAH CRUZ

　　　　　　　　　　　　Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 7407

Defendant ___ISAIAH  CRUZ_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

__x_ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x_ Bail/Detention Hearing

__x_ Conference Before a Judicial Officer

/x/ consent to have Attorney Sternheim sign
_____Isaiah Cruz_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Bobbi C. Sternheim
Defendant's Counsel's Signature

__ISAIAH CRUZ_____

Print Defendant's Name

BOBBI C. STERNHEIM

Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/29/2020
Date

_____
Sarah L. Cave
U.S. Magistrate Judge